443 A.2d 378

Commonwealth v. Arabia, Appellant.

Submitted January 13, 1981. John H. Corbett, Jr., for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and MONTGOMERY, JJ.

The judgment of sentence is affirmed on the comprehensive opinion by Judge John W. O'Brien of the Court of Common Pleas of Allegheny County.